# Fifth District Court of Appeal
## State of Florida

_____

Case Nos. 5D23-1640
5D23-1642
LT Case Nos. 2022-CF-000740
2022-CF-000742

_____

Twain Marshaud Slater,

   Appellant,

   v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.


December 5, 2023


Per Curiam.

   Affirmed.

MAKAR, WALLIS, and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————